JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 279 -- IN RE MORRIS CORP. ANTITRUST LITIGATION

| Date | No. Code | MORRIS CORP. |
|---|---|---|
| 10/27/76 | 1 | MOTION - BRIEF -- CERTIFICATE OF SERVICE -- for transfer of (A-1 & A-2) SUGGESTED TRANSFEREE DISTRICT -- S.D.N.Y. SUGGESTED TRANSFEREE JUDGE -- CHARLES L. BRIEANT, JR. |
| 11/1/76 | 2 | RESPONSE -- MALCHMAN PLAINTIFFS w/cert. of service |
| 11/2/76 | | MOVANTS AMENDED CERTIFICATE OF SERVICE |
| 11/4/76 | | HEARING ORDER -- Setting A-1 & A-2 For Hearing, Dec. 3, 1976 San Diego, California |
| 11/5/76 | | APPEARANCES -- Stanley L. Kaufman for Malchman plaintiffs (A-1) |
| 11/8/76 | | APPEARANCE -- William E. Huth, Esq. for Hyman Weinstein |
| 11/8/76 | 3 | RESPONSE -- HYMAN WEINSTEIN w/cert. of service |
| 11/8/76 | | APPEARANCE -- Laurence Greenwald, Esq. for Norman M. Morris Corp. |
| 11/9/76 | | LETTER -- from MOVANT requesting POSTPONEMENT OF HEARING |
| 11/9/76 | | ORDER -- VACATING Hearing Set for Dec. 3, 1976, San Diego Notified involved counsel, judges |
| 11/22/76 | | ORDER -- S.D.N.Y. J. Brieant XXXXXXXXXXXXXXXXXX Memo. and Order of Discontinuance (Filed S.D.N.Y. 11/15/76) |
| 11/23/76 | | ORDER -- DENYING MOTION AS MOOT |

DOCKET NO. __279__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: __IN RE MORRIS CORP. ANTITRUST LITIGATION__

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered _____   Consolidation Denied __11/23/76__

Opinion and/or Order _____

Citation _____

Transferee District _____   Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jenny Malchman and Irving Malchman, et al. v. Norman M. Morris Corp., et al. | S.D.N.Y. | 76 Civ 1138 (CLB) | | | | |
| A-2 | Hyman Weinstein, d/b/a Bright Star Enterprise v. Norman M. Morris Corp. | E.D.Mich Kennedy | 67191 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 279 -- IN RE MORRIS CORPORATION ANTITRUST LITIGATION

---

**JENNY MALCHMAN & IRVING MALCHMAN (A-1)**
Stanley L. Kaufman, Esquire
Kaufman, Taylor, Kimmel & Miller
41 East 42nd Street
New York, New York 10017

**HYMAN WEINSTEIN d/b/a BRIGHT STAR ENTERPRISE (A-2)**
William E. Huth, Esquire
Zeigler, Kykhouse, Wise & Huth
Book Building
Detroit, Michigan 48226

**NORMAN M. MORRIS CORP.**
Laurence Greenwald, Esquire
Stroock & Stroock & Lavan
61 Broadway
New York, New York 10006

**OMEGA LOUIS BRANDT ET FRERE S.A., SOCIETE SUISSE POUR L'INDUSTRIE HORLOGERIE MANAGEMENT SERVICES, S.A., AND SOCIETE SUISSE POUR L'INDUSTRIE HOROLOGERIE, S.A.**
Sandor C. Schweiger, Esquire
c/o Gerard Mandelbaum, Esquire
516 Fifth Avenue
New York, New York 10036

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 279 -- IN RE MORRIS CORP. ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| NORMAN M. MORRIS CORP. | A-1 A-2 |
| OMEGA LOUIS BRANDT ET FRERE S.A. | A-1 A-2 |
| SOCIETE SUISSE POUR L'INDUSTRIE HORLOGERIE MANAGEMENT SERVICES S.A. | A-1 A-2 |
| SOCIETE SUISSE POUR L'INDUSTRIE HORLOGERIE, S.A. | A-1 A-2 |
| | |
| | |
| | |
| | |
| | |
| | |