DOCKET NO. 279

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
NOV 23 1976
PATRICIA HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MORRIS CORP. ANTITRUST LITIGATION

ORDER DENYING MOTION AS MOOT

It appearing that by an order filed November 15, 1976, Judge Charles L. Brieant allowed the discontinuance of the single action pending in the Southern District of New York,

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for transfer of the single action pending in the Eastern District of Michigan to the Southern District of New York be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

_John Minor Wisdom_
John Minor Wisdom
Chairman